Mike Sufa and Regina Sufa, Appellees, v. Ladislaw Vacek et al., Defendants.
Appeal of Ladislaw Vacek and Marie Vacek, Appellants, Gen. No. 41,010.
Appeal of Marie J. Tucek and Vacek and Company, Appellants, Gen. No. 41,075.
Cross Appeal of Mike Sufa and Regina Sufa, Cross Appellants.

Gen. Nos. 41,010, 41,075. 

opinion

filed July 2, 1940. Grablowski & Kanak, for appellants; Ode L. Rankin, of counsel; Heile, Cavender, Milchrist & Kaiser and T. J. Szmergalski, for appellees; H. L. Cavender, of counsel. Opinion by JUSTICE McSURELY. "Not to be published in full."